# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| VIOLA FREDERICK, | * |
| Plaintiff | * |
| v. | * No. |
| STATE FARM FIRE AND CASUALTY COMPANY a/k/a and d/b/a STATE FARM INSURANCE COMPANY and/or STATE FARM FIRE AND CASUALTY COMPANY | * |
| Defendants | * |

## NOTICE OF REMOVAL

Defendant State Farm Fire and Casualty Company ("State Farm"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby gives notice that it is removing this civil action from the Chancery Court for Campbell County, Tennessee to the United States District Court for the Eastern District of Tennessee at Knoxville.

1. On May 14, 2018, Plaintiff Viola Frederick commenced this civil action against Defendant State Farm in the Chancery Court for Campbell County, Tennessee, Docket No. 7CH1-2018-CV-101. The Complaint and Summons were served upon State Farm via the Tennessee Department of Commerce and Insurance on or about May 17, 2018. Attached hereto as **Exhibit A** is a copy of the entire contents of the state court file, including the Complaint and Summons. The service of Summons and Complaint was the first notice State Farm received regarding the commencement of this action.

2. Upon information and belief, Plaintiff is a citizen and resident of the State of Tennessee. She alleges property damage to a dwelling located at 435 College Hill Road, Lafollette,

TN 37766.  Further, she alleges State Farm has committed fraud and breach of contract and requests a variety of damages.

3. Plaintiff requests economic damages in the amount of $75,000, other non-economic damages in an unspecified amount, specific performance, attorneys' fees, and discretionary costs, all of which would reasonably amount to $75,001 or more, meeting the statutory threshold for removal.

4. State Farm is a corporation organized and existing under the laws of Illinois with its principal place of business in the State of Illinois.

5. This Court has jurisdiction over the claims in the Complaint pursuant to 28 U.S.C. § 1332 (diversity) because there is complete diversity between the Plaintiff and the Defendant.

6. Pursuant to 28 U.S.C. § 1446(d), State Farm will promptly give notice of this notice of removal to the Clerk & Master of Campbell County and to counsel for Plaintiff in the state court proceeding.  A copy of the state court notice is attached as **Exhibit B**.

7. By removing this action, State Farm does not waive any defenses available to it in federal or state court and expressly reserves the right to assert all such defenses in its responsive pleading.

WHEREFORE, State Farm requests that further proceedings of the Campbell County Chancery Court be discontinued and that this action be removed in its entirety to the United State District Court for the Eastern District of Tennessee at Knoxville.

Respectfully submitted this 12th day of June 2018.

**PAINE|BICKERS LLP**

/s/Matthew J. Evans
Matthew J. Evans (BPR #017973)
Email: mje@painebickers.com
900 South Gay Street, Suite 2200
Knoxville, Tennessee  37902-1821
(865) 525-0880 (phone)
(865) 521-7441 (fax)
Counsel for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by United States mail. Parties may access this filing through the Court's electronic filing system.

                              /s/Matthew J. Evans
                              Matthew J. Evans